UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL PULLETT,<br><br>    Plaintiff,<br><br>    vs.<br><br>A. CABRERA, et al.,<br><br>    Defendants. | 1:10-cv-02028-AWI-GSA-PC<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br>(Doc. 17.)<br><br>ORDER DENYING MOTION FOR COURT ORDER DIRECTING PRISON OFFICIALS<br><br>THIRTY DAY DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

   Dell Pullett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 29, 2010.  (Doc. 1.)

   On July 1, 2013, Plaintiff filed a motion for an extension of time to file objections to the Magistrate Judge's findings and recommendations.  (Doc. 17.)  Good cause appearing, Plaintiff's motion for extension of time shall be granted.

   Plaintiff also requests a court order directing prison officials at Corcoran State Prison (CSP) to return his legal property to him.  Id.  Plaintiff asserts that his personal property should have been given to him thirty days ago.  Plaintiff argues that he cannot prosecute this case without his legal property and other personal property.  The Court lacks jurisdiction to issue an order requiring prison officials to give Plaintiff his property, because the Court does not have

1

Case 1:10-cv-02028-AWI-GSA Document 18 Filed 07/02/13 Page 2 of 2

such a case or controversy before it in this action. See <u>Zepeda v. United States Immigration Service</u>, 753 F.2d 719, 727 (9th Cir. 1985); <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); <u>Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.</u>, 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982). Plaintiff's case concerns claims of inadequate medical care and retaliation against him when he was incarcerated at Kern Valley State Prison. Plaintiff is now housed at CSP, and an order directing prison officials at CSP to act would not remedy any of the claims upon which this action proceeds. Therefore, Plaintiff's motion for a court order directing prison officials to return his property must be denied.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff is GRANTED thirty days from the date of service of this order in which to file objections to the findings and recommendations issues on May 14, 2013; and

2. Plaintiff's motion for a court order directing prison officials to return his property to him is DENIED.

IT IS SO ORDERED.

Dated: **July 2, 2013**    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE