1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   DELL PULLETT,                          1:10-cv-02028-AWI-GSA-PC

11            Plaintiff,                     ORDER GRANTING MOTION FOR
                                             EXTENSION OF TIME TO FILE
12        vs.                                OBJECTIONS
                                             (Doc. 17.)
13   A. CABRERA, et al.,
                                             ORDER DENYING MOTION FOR COURT
14            Defendants.                     ORDER DIRECTING PRISON OFFICIALS

15                                           THIRTY DAY DEADLINE TO FILE
                                             OBJECTIONS TO FINDINGS AND
16                                           RECOMMENDATIONS

17

18        Dell Pullett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with

19   this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing

20   this action on October 29, 2010.  (Doc. 1.)

21        On July 1, 2013, Plaintiff filed a motion for an extension of time to file objections to the

22   Magistrate Judge's findings and recommendations.   (Doc. 17.)   Good cause appearing,

23   Plaintiff's motion for extension of time shall be granted.

24        Plaintiff also requests a court order directing prison officials at Corcoran State Prison

25   (CSP) to return his legal property to him.  Id.  Plaintiff asserts that his personal property should

26   have been given to him thirty days ago.  Plaintiff argues that he cannot prosecute this case

27   without his legal property and other personal property.  The Court lacks jurisdiction to issue an

28   order requiring prison officials to give Plaintiff his property, because the Court does not have

such a case or controversy before it in this action.  See Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985); City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982).  Plaintiff's case concerns claims of inadequate medical care and retaliation against him when he was incarcerated at Kern Valley State Prison.  Plaintiff is now housed at CSP, and an order directing prison officials at CSP to act would not remedy any of the claims upon which this action proceeds.  Therefore, Plaintiff's motion for a court order directing prison officials to return his property must be denied.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.      Plaintiff is GRANTED thirty days from the date of service of this order in which to file objections to the findings and recommendations issues on May 14, 2013; and

2.      Plaintiff's motion for a court order directing prison officials to return his property to him is DENIED.

IT IS SO ORDERED.

Dated:   __July 2, 2013__                    _____/s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE