UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL PULLETT, | 1:10-cv-02028-AWI-GSA-PC |
| Plaintiff, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS |
| vs. | (Doc. 21.) |
| A. CABRERA, et al., | DEADLINE: <u>SEPTEMBER 6, 2013</u> |
| Defendants. | |

Dell Pullett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 29, 2010. (Doc. 1.)

On May 14, 2013, the court entered findings and recommendations to dismiss this action based on Plaintiff's failure to state a claim. (Doc. 15.) On July 29, 2013, Plaintiff filed objections to the findings and recommendations. (Doc. 20.) Also on July 29, 2013, Plaintiff filed a document entitled "Notice of Dismissal," in which he explains that he is housed in administrative segregation, his legal property was just returned to him on July 22, 2013, and he intends to file further objections when he is able. (Doc. 21.) The court treats Plaintiff's document as a motion for extension of time to file further objections.[1]

---

[1] Should Plaintiff wish to dismiss this action in its entirety, he should file a "Notice of Voluntary Dismissal of Action pursuant to Rule 41."

1

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is GRANTED an extension of time **until September 6, 2013**, in which to file further objections to the Magistrate Judge's findings and recommendations of May 14, 2013.

IT IS SO ORDERED.

Dated:   **August 2, 2013**               **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE