UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL PULLETT,<br><br>          Plaintiff,<br><br>     vs.<br><br>A. CABRERA, et al.,<br><br>          Defendants. | 1:10-cv-02028-AWI-GSA-PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE IN LIGHT OF PLAINTIFF'S VOLUNTARY DISMISSAL<br><br>ORDER DIRECTING CLERK TO CLOSE FILE<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATION<br><br>(Doc. No. 15) |

    Dell Pullett ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 29, 2010.  (Doc. 1.)

    On September 5, 2013, Plaintiff filed a notice of voluntary motion to dismissal without prejudice.  (Doc. 25.)  The court construes Plaintiff's notice as made under Rule 41(a)(1).  In Wilson v. City of San Jose, the Ninth Circuit explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)).  A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required. Id.  The plaintiff may dismiss some or all of the defendants, or some

or all of his claims, through a Rule 41(a)(1) notice. Id.; Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Concha, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought. Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No defendant has filed an answer or motion for summary judgment in this action. Therefore, this case has terminated and the Clerk will be ordered to close this case. Additionally, in light of the voluntary dismissal, the Findings and Recommendation of May 14, 2013, is now moot.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED in its entirety without prejudice in light of Plaintiff's Rule 41(a) voluntary dismissal;

2. The May 14, 2013 Findings and Recommendation (Doc. No. 15) is MOOT; and

3. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   September 10, 2013                    _____
                                                SENIOR  DISTRICT  JUDGE