UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL PULLETT,<br><br>       Plaintiff,<br><br>    vs.<br><br>A. CABRERA, et al.,<br><br>       Defendants. | 1:10-cv-02028-AWI-GSA-PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO DISMISS OF SEPTEMBER 19, 2013 AS MOOT<br>(Doc. 27.)<br><br>ORDER DIRECTING CLERK TO SEND COPY OF ORDER OF SEPTEMBER 11, 2013 TO PLAINTIFF<br>(Doc. 26.) |

**I.  BACKGROUND**

Dell Pullett ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 29, 2010.  (Doc. 1.)  On September 19, 2013, Plaintiff filed a motion to dismiss this action without prejudice.  (Doc. 27.)

**II.  PLAINTIFF'S MOTION**

Plaintiff's motion is moot because this action was already dismissed without prejudice on September 11, 2013, pursuant to Plaintiff's motion to dismiss filed on September 5, 2013.  (Docs. 25, 26.)  A copy of the court's order dismissing the action was served upon Plaintiff on September 11, 2013 at his address of record at the California Substance Abuse Treatment Facility in Corcoran, California.  (Court Record.)  In the event that Plaintiff has not received his copy of the court's order, the Clerk shall be directed to mail Plaintiff another copy.

### III. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss, filed on September 19, 2013, is DISREGARDED as moot; and

2. The Clerk is directed to send Plaintiff a copy of the court's order of September 11, 2013, which dismissed this action without prejudice (Doc. 26.)

IT IS SO ORDERED.

Dated: **September 20, 2013**         **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE